RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Tejero Darnell Coleman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TEJERO DARNELL COLEMAN,<br><br>        Defendant. | Case No. 2:20-cr-00262-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Tejero Darnell Coleman, that the Revocation Hearing currently scheduled on December 5, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Counsel needs time to meet with client, review discovery and prepare for final revocation hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of November, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By /s/ Jawara Griffin
JAWARA GRIFFIN
Assistant Federal Public Defender

By /s/ Justin J. Washburne
JUSTIN J. WASHBURNE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>TEJERO DARNELL COLEMAN,<br><br>      Defendant. | Case No. 2:20-cr-00262-GMN-NJK<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 5, 2023 at 10:00 a.m., be vacated and continued to February 28, 2024 at the hour of 10:00 a.m.

     DATED this 30 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3